FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| RAMON MAISONEY RODRIQUEZ,<br><br>         Plaintiff<br><br>VS.<br><br>Officer BUNN, Warden FREDRICK HEAD, Deputy Warden B.K. JONES, and Deputy Warden STACEY WEBB,<br><br>         Defendants | NO. 1:05-CV-130(WLS)<br><br>PROCEEDINGS UNDER 42 U.S.C. § 1983<br>BEFORE THE U.S. MAGISTRATE JUDGE<br><br>**O R D E R** |

Plaintiff **RAMON MAISONEY RODRIQUEZ**, an inmate at Autry State Prison in Pelham, Georgia, has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. He also seeks leave to proceed without prepayment of the filing fee or security therefor pursuant to 28 U.S.C. § 1915(a). As it appears that plaintiff is unable to pay the cost of commencing this action, plaintiff's application to proceed *in forma pauperis* is hereby **GRANTED**.

However, even if a prisoner is allowed to proceed *in forma pauperis*, he must nevertheless pay the full amount of the $250.00 filing fee in installments based on funds in the prisoner's account. When a prisoner has funds in his account, he must pay an initial partial filing fee of 20 percent of the greater of (1) the average monthly deposits to the prisoner's account, or (2) the average monthly balance in the prisoner's account for the six month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(b)(1).

A review of plaintiff's trust fund account statement reveals that the average monthly deposits to his account are $10.66, and the average monthly balance in his account for the six month period preceding the filing of the complaint was $61.67 -- twenty percent of $61.67 is $12.33. Accordingly, it is hereby **ORDERED** that plaintiff pay an initial partial filing fee of $12.33.

Plaintiff shall have thirty (30) days from the date of his receipt of this order to pay the required initial partial filing fee to the Clerk of the Court. Failure to comply with this order shall result in the dismissal of plaintiff's complaint. There shall be no service in this case until further order of the court.

**SO ORDERED**, this 4th day of October, 2005.

<u>Richard L. Hodge</u>
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE